1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     DAVOOD KHADEMI,                              No.  2:19-cv-0437-JAM-EFB P

12                    Plaintiff,

13            v.                                     ORDER

14     J. LANGES,

15                    Defendant.

16

17            Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42

18     U.S.C. § 1983.  He has filed a document entitled "Motion for Discovery."  ECF No. 30.  He states

19     that he needs both "relevant documents" and "video footage."  *Id.*  Plaintiff must, however, serve

20     his discovery requests (including interrogatories, requests for admissions, and/or requests for

21     production) on defense counsel rather than filing them with the court.[1]  *See* E.D. Cal. Local Rules

22     250.2-250.4.  If the response provided to plaintiff is insufficient, plaintiff may then file a motion

23     to compel with the court.[2]

24     /////

25     /////

26     _____

27            [1] Pursuant to the court's discovery and scheduling order (ECF No. 29), written requests
       for discovery must be served no later than September 11, 2020.

28            [2] Motions to compel must be filed no later than November 13, 2020.  ECF No. 29 at 4.

1

Accordingly, it is ORDERED that plaintiff's "Motion for Discovery: (ECF No. 30) is DENIED.

DATED:  July 13, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE